UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER WILLIAMS,

        Petitioner,               Case No. 1:13-cv-334

v.                                            Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

## ORDER TO STAY

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for a stay (docket #3) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner shall have thirty (30) days from the date of this order in which to file a motion for relief from judgment in the Kent County Circuit Court setting forth any unexhausted claims that he intends to pursue in his habeas petition.

**IT IS FURTHER ORDERED** that Petitioner's action is hereby stayed until Petitioner files a motion to amend his petition to include his exhausted claims. Such motion must be filed not later than 30 days after a final decision by the Michigan Supreme Court on Petitioner's unexhausted claims and shall include a description of the newly exhausted claims and the dates and substance of decision at each step of state-court review.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with the deadlines imposed in this order, the Court may dismiss the petition.

**IT IS FURTHER ORDERED** that Petitioner shall advise the Court of any change of address occurring during the pendency of the stay.

**IT IS FURTHER ORDERED** that this case shall be administratively **CLOSED** until such time as Petitioner files a motion to amend his petition in accordance with the procedures set forth in this order.


Dated:     May 9, 2013             /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge